| Prob 22 (Rev 2/88) | | Docket Number (Transferring Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | JUN 0 4 2004 CLERK U.S. DISTRICT COURT WESTERN DIST. | CR00-5042JET-001 |
| | | Docket Number (Receiving Court) |
| | | 04-10210 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **MEGAN BANKS** | WESTERN WASHINGTON | Tacoma |
| | NAME OF SENTENCING JUDGE | |
| | *The Honorable Jack E. Tanner* | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/27/02 — TO 02/26/07 |

| OFFENSE | |
|---|---|
| **Bank Fraud** | |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __WASHINGTON__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Massachusetts__ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6-9-04
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 16, 2004
DATE

_William G. Young_
UNITED STATES DISTRICT JUDGE